UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES B. BARNES,<br><br>               Plaintiff,<br><br>   v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS ISRB,<br><br>               Defendant. | CASE NO. 3:20-cv-05952-JLR-BAT<br><br>**ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this  1st  day of  December , 2020.

                                                                  JAMES L. ROBART
                                                                  United States District Judge

ORDER - 1